## 54684. HIATT v. THE STATE.

QUILLIAN, Presiding Judge.

This is an appeal from a denial of a motion for reduction of bond. Defendant, in a separate appeal, appealed his conviction of driving under the influence of intoxicants; endangering the safety of persons on a public road; and, driving without holding a valid driver's license. He was sentenced to serve 12 months on Count 1; 6 months on Count 2; and 6 months on Count 3. All sentences were to be served consecutively.

The court set bonds in the amounts of $10,000 on Count 1; $5,000 on Count 2; and, $5,000 on Count 3. Defendant moves for reduction of bond. It was denied. He appeals. *Held:*

This court, in *Hiatt v. State,* 144 Ga. App. 298, affirmed the conviction of the defendant on all three counts. The present appeal is moot.

*Appeal dismissed. Shulman and Banke, JJ., concur.*

SUBMITTED OCTOBER 12, 1977 — DECIDED JANUARY 23, 1978.

William P. Hiatt, *pro se.*
*Herbert Rivers, Solicitor,* for appellee.